DALE K. KLEVEN, ESQ.
Nevada Bar No.  007778
Homeowner Relief Lawyers
5550 Painted Mirage Road, Suite 320
Las Vegas, NV 89145
(702) 589-7520
dale@hrlnv.com
*Attorney for Plaintiff*

## UNITED STATED DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| KIM MCGOWAN, an Individual; ) | Case No.  2:14-CV-00759-APG-VCF |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | **EMERGENCY JOINT MOTION TO** |
| ) | **EXTEND TIME TO FILE JOINT PRE-** |
| CREDIT MANAGEMENT LP, a Nevada ) | **TRIAL ORDER** |
| Limited Partnership; DOE I through X; and ) | |
| ROE corporations or Companies I through X, ) | (First Request) |
| ) | |
| ) | |
| Defendants. ) | |
| ) | |

Pursuant to LR 6-1, and LR 7-5, Plaintiff, KIM MCGOWAN, though Dale K. Kleven, Esq.,

of Homeowner Relief Lawyers LLC and Defendant, CREDIT MANAGEMENT LP, through Megan

H. Hummel, Esq., of Gordon & Rees LLP, do hereby move for an extension of time to file the Joint

Pre-Trial Order.  The Pre Trial order is scheduled to be filed on October 23, 2015, but the parties

are still trying to come to an agreement as to certain language regarding agreed upon facts,

stipulated exhibits, and other similar matters.  Counsels believe the issues will be resolved within

a week or two.  Accordingly, the parties request a two week extension to file the Joint Pretrial

Order, making it due on or before November 6, 2015.

Respectfully Submitted jointly this 23 day of October, 2015.

HOMEOWNER RELIEF LAWYERS LLC          GORDON & REES LLP


  /s/ Dale K. Kleven                                        /s/ Megan H. Hummel
DALE K. KLEVEN, ESQ.                          ROBERT S. LARSEN, ESQ.
Nevada Bar No. 007778                          Megan H. Hummel, Esq.
Homeowner Relief Lawyers                       Gordon & Rees LLP
5550 Painted Mirage Road, Suite 320            3770 Howard Hughes Pkwy, Suite 100
Las Vegas, NV 89145                            Las Vegas, NV 89169
*Attorney for Pla...*                          *...eys for Defendant*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED:    10-23-2015