# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

KIM MCGOWAN,

        Plaintiff,

vs.

CREDIT MANAGEMENT LP,

        Defendants.

2:14-cv-00759-APG-VCF

**ORDER**

    Before the court is the Request for Exception to Order Scheduling a Settlement Conference (#52).

    IT IS HEREBY ORDERED that an in-chambers telephonic hearing on the Request for Exception to Order Scheduling a Settlement Conference (#52) is scheduled for 2:00 p.m., January 19, 2016. Only lead counsel are required to appear telephonically. The parties must provide to chambers (702-464-5540), by 4:00 p.m., January 15, 2016, a telephone number by which they can be reached for the scheduled hearing.

    DATED this 13th day of January, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE