**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| KIM MCGOWAN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CREDIT MANAGEMENT LP,<br><br>　　　　　Defendant. | 2:14-cv-00759-APG-VCF<br>**ORDER** |

Before the court is Defendant's Request for Exception to Order Scheduling a Settlement Conference (#52). The court held a hearing on January 19, 2016 and heard representations from the parties.

Accordingly, and with good cause appearing,

IT IS HEREBY ORDERED that Defendant's Request for Exception to Order Scheduling a Settlement Conference (#52) is GRANTED in part and DENIED in part. The insurance carrier representative may appear telephonically at the settlement conference. The Defendant's client representative with full settlement authority may appear by Facetime, with the condition that he must be available for the entire duration of the settlement conference on February 2, 2016.

DATED this 19th day of January, 2016.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE