ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
**GORDON & REES LLP**
3770 Howard Hughes Parkway Suite 100
Las Vegas, Nevada  89169
Telephone:  (702) 577-9300
Facsimile:   (702) 255-2858
Email:  rlarsen@gordonrees.com

*Attorneys for Defendant*
*CREDIT MANAGEMENT LP*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KIM MCGOWAN, an individual | CASE NO.  2:14-cv-00759-APG-VCF |
| Plaintiff, | |
| vs. | **STIPULATION TO DISMISS WITH PREJUDICE** |
| CREDIT MANAGEMENT LP, a Nevada Limited Liability Partnership, DOE Corporation I through X, inclusive, and ROE Corporations I through X, inclusive, | |
| Defendant. | |

Plaintiff Kim McGowan and Defendant Credit Management LP here by stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2).  Each party shall bear its own attorneys' fees, prejudgment interest, and costs of suit.

**ORDER**

**IT IS SO ORDERED.**

Dated:  March 23, 2016.

_____
UNITED STATES DISTRICT JUDGE

1  **GORDON & REES, LLP**

2

3   ___/s/ Robert S. Larsen_____        ___/s/ Dale K. Kleven_____
    ROBERT S. LARSEN, ESQ.                    Dale K. Kleven, Esq.
    Nevada Bar No. 7785                       5550 Painted Mirage Road, Suite 320
4   3770 Howard Hughes Parkway, Suite 100     Las Vegas, Nevada 89149
    Las Vegas, Nevada 89169                   Attorney for Plaintiff KIM MCGOWAN
5   *Attorneys for Defendant*
    *CREDIT MANAGEMENT*

6

7

8               **ORDER**

9           IT IS SO ORDERED.

10

11          _____

12          UNITED STATES DISTRICT JUDGE

13          DATED: _____

-2-